UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RANDY BEA ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-00154 |
| | ) Senior Judge Haynes |
| DR. COBLE, et al., | ) |
| Defendants. | ) |

## ORDER

On August 8, 2016, the Magistrate Judge conducted a telephone conference with the parties. (Docket Entry No. 62). The Magistrate Judge "advised the Plaintiff he would be submitting a report and recommendation to dismiss [Defendants Martin, Mooney, Sparks and Ashe] and if the Plaintiff thought he had grounds for failing to secure service of process he should do so in objections to the report and recommendation." (Docket Entry No. 63 at 2).

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 63) recommending that the action against Defendants Martin, Mooney, Sparks and Ashe be dismissed for failure to obtain service of process under Rule 4(m). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**. Plaintiff's claims against Defendants Martin, Mooney, Sparks and Ashe are **DISMISSED without prejudice**, and these Defendants are **DISMISSED** from this action.

It is so **ORDERED**.

ENTERED this the 30th day of August, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge