UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| RANDY BEA ANDERSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:13-cv-00154 |
| | ) | CHIEF JUDGE CRENSHAW |
| ROBERT COBLE, et al., | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 96.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 81) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE